June 18, 2004

Mr. Robert J. Hearon Jr.
Graves Dougherty Hearon & Moody, PC
515 Congress Avenue, Suite 2300
Austin, TX 78701

Mr. Thomas Lane Brocato
Office of Public Utility Counsel
P. O. Box 12397
Austin, TX 78711-2397

Mr. Christopher Don Reeder
Carroll, Gross, Reeder & Drews, L.L.P.
701 Brazos, Suite 970
Austin, TX 78701

Mr. Lino Mendiola
Andrews & Kurth, L.L.P.
111 Congress Ave. Suite 1700
Austin, TX 78701-4069
Mr. Steven Baron
Office of Attorney General of Texas
P. O. Box 12548
Austin, TX 78711-2548

Ms. Amalija J. Hodgins
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548

Mr. John F. Williams
Clark Thomas & Winters, P.C.
P.O. Box 1148
Austin, TX 78767-1148

Ms. Kristen Pauling Doyle
Lloyd Gosselink Blevins Rochelle Baldwin&Townsend
111 Congress Ave, Suite 1800
Austin, TX 78701

RE: Case Number: 03-0396
 Court of Appeals Number: 03-02-00001-CV
 Trial Court Number:

Style: CENTERPOINT ENERGY, INC., F/K/A RELIANT ENERGY, INCORPORATED
 v.
 PUBLIC UTILITY COMMISSION OF TEXAS

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above referenced cause.
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Ms. Diane O'Neal|
| | |
| |Mr. Marc Lewis |
| |Mr. Alton J. |
| |Hall Jr. |